UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMELLIA KIBBY (a/k/a "JAMEILLA KIBBY" and "GAMILLIAH HORTON"),<br><br>Defendant. | CASE NO. 2:19 cr 179<br><br>JUDGE Judge Graham<br><br>INFORMATION<br><br>42 U. S. C. § 408(a)(7)(B) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
(False Representation of a Social Security Number)

In or about September 2018, in the Southern District of Ohio, the defendant, **JAMELLIA KIBBY (a/k/a "JAMEILLA KIBBY" and "GAMILLIAH HORTON")**, for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-7313, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to her.

In violation of 42 U. S. C. § 408(a)(7)(B).

## COUNT 2
### (False Representation of a Social Security Number)

On or about November 5, 2018, in the Southern District of Ohio, the defendant, **JAMELLIA KIBBY (a/k/a "JAMEILLA KIBBY" and "GAMILLIAH HORTON")**, for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number, xxx-xx-1001, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to her.

In violation of 42 U. S. C. § 408(a)(7)(B).

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
TIMOTHY LANDRY (MA 669554)
Special Assistant United States Attorney